ILENE J. LASHINSKY (#3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) Chapter 11 |
|---|---|
| | ) |
| DONALD GOLEN and | ) No. 3:14-bk-05372-DPC |
| JEANETTE PILOTTE, | ) |
| | ) NOTICE OF APPEARANCE AND |
| | ) REQUEST FOR NOTICE |
| Debtors. | ) |

PLEASE TAKE NOTICE THAT the undersigned attorney is the designated trial attorney for the United States Trustee in the above-captioned case. Please direct all notices and filings to Jennifer A. Giaimo, Trial Attorney, Office of the United States Trustee, 230 North First Ave, Suite 204, Phoenix, Arizona, 85003 and to Jennifer.A.Giaimo@usdoj.gov for electronic notices.

RESPECTFULLY SUBMITTED this 15th day of April, 2014.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)
_____
JENNIFER A. GIAIMO
Trial Attorney

| | |
|---|---|
| 1 | Copy of the foregoing mailed this |
| 2 | 15th day of April, 2014 to: |
| 3 | |
| 4 | THOMAS 1 ALLEN |
| | ALLEN, SALA & BAYNE, PLC |
| 5 | VIAD CORPORATE CENTER |
| 6 | 1850 N. CENTRAL AVE., #1150 |
| | PHOENIX, AZ 85004 |
| 7 | Attorney for the Debtors |
| 8 | |
| 9 | |
| | /s/ Deborah Munson |
| 10 | |