1  Thomas H. Allen, State Bar #11160
   Michael A. Jones, State Bar #27311
2  **ALLEN, SALA & BAYNE, PLC**
   1850 N. Central Ave., #1150
3  Phoenix, Arizona 85004
   Ofc: (602) 256-6000
4  Fax: (602) 252-4712
   E-mail:tallen@asbazlaw.com
5         mjones@asbazlaw.com

6  Attorney for Debtors

7                    UNITED STATES BANKRUPTCY COURT

8                           DISTRICT OF ARIZONA

9   In re:                                CHAPTER 11

10  DONALD GOLEN and JEANETTE              Case No. 3-14-bk-05372-DPC
    PILOTTE,
11                                         **APPLICATION TO EMPLOY COUNSEL
              Debtors.                     FOR THE DEBTORS**
12

13       Donald Golen and Jeanette Pilotte (the "Debtors"), hereby apply for approval of

14  employment of counsel as follows:

15       1.  The Debtors wish to employ Allen, Sala & Bayne, PLC, attorneys admitted to

16  practice before this Court.

17       2.  The Debtors have selected Allen, Sala & Bayne, PLC, for the reason that it has

18  considerable experience in bankruptcy matters and they believe that Allen, Sala & Bayne, PLC is

19  qualified to represent them as the Debtors in this case.

20       3.  Allen, Sala & Bayne, PLC will render services including:

21           A.   Providing the Debtors with legal advice with respect to their

22                reorganization;

23           B.   Representing the Debtors in connection with negotiations involving

24                secured and unsecured creditors;

25           C.   Representing the Debtors at hearings set by the Court in their bankruptcy

26                case;

27           D.   Preparing necessary applications, motions, answers, orders, reports or

28                other legal papers necessary to assist in the Debtors' reorganization.

4. To the best of the undersigned's knowledge and in reliance upon the Verified Statement of Thomas H. Allen filed simultaneously herewith, Allen, Sala & Bayne, PLC is disinterested and has no connection with the creditors, or any other party-in-interest, or their respective attorneys.

5. The terms of the employment of Allen, Sala & Bayne, PLC, agreed to by the Debtors, subject to the approval of the Court, are that attorneys and other personnel within the firm will undertake this representation at their standard hourly rates. The individuals presently designated to represent the Debtors and their current hourly rates are:

| | |
|---|---|
| Thomas H. Allen, Member: | $375.00 per hour |
| Paul Sala, Member: | $375.00 per hour |
| Dawn M. Bayne, Member: | $305.00 per hour |
| Michael A. Jones, Senior Associate: | $255.00 per hour |
| Katherine A. Sanchez, Associate: | $205.00 per hour |
| Legal Assistants and Law Clerks: | $115.00-$135.00 per hour |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those individuals below the level of member, to reflect their increased experience and expertise in this area of law.

6. Allen, Sala & Bayne, PLC will make periodic applications for interim compensation and may, if merited at the completion of the case, make application to the Court for the allowance of a premium above their designated hourly rates.

7. Allen, Sala & Bayne, PLC represents no interest adverse to the Debtors or the estate in the matters upon which it is to be engaged for the Debtors, and its employment would be in the best interest of this estate.

8. Prior to their bankruptcy filing, the Debtors paid Allen, Sala & Bayne, PLC a retainer in the amount of $35,000.00, $16,715.49 of which was applied to satisfy pre-bankruptcy fees, costs and the Chapter 11 filing fee, and $18,284.51 of which is held in Allen, Sala & Bayne, PLC's IOLTA Trust Account to secure payment of fees and costs incurred in this Chapter 11 case.

///

///

1     **WHEREFORE**, the Debtors respectfully request that the Court approve the employment of Allen, Sala & Bayne, PLC, as Debtors' counsel under the terms specified herein.

DATED: April 14, 2014

/s/ Donald Golen
Donald Golen, Debtor

/s/ Jeanette Pilotte
Jeanette Pilotte, Co-Debtor

A copy of the foregoing was served electronically on April 16, 2014 via the Court's ECF system to all parties that have appeared in the case and the Office of the United States Trustee.

/s/ Sherry Gomez