| | |
|---|---|
| 1 | Thomas H. Allen, State Bar #11160 |
| | Michael A. Jones, State Bar #27311 |
| 2 | **ALLEN, SALA & BAYNE, PLC** |
| | 1850 N. Central Ave., #1150 |
| 3 | Phoenix, Arizona  85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | E-mail:tallen@asbazlaw.com |
| 5 | mjones@asbazlaw.com |
| 6 | Attorney for Debtors |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| DONALD GOLEN and JEANETTE PILOTTE, | Case No. 3-14-bk-05372-DPC |
| Debtors. | **VERIFIED STATEMENT OF THOMAS H. ALLEN IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR THE DEBTORS** |

STATE OF ARIZONA   )
                   ) ss.
County of Maricopa )

I, Thomas H. Allen, being first duly sworn upon my oath, depose and state:

1. I am a member of the law firm of Allen, Sala & Bayne, PLC, and have been practicing law in Arizona since 1987.  I am executing this statement in support of the *Application to Employ Counsel for the Debtors* in the above-referenced case (the "Application").

2. As set forth in the Application, Allen, Sala & Bayne, PLC, and I will be performing legal services for the Debtors, which include:   (1) Providing the Debtors with legal advice with respect to their reorganization; (2) representing the Debtors in negotiations with secured and unsecured creditors; (3) representing the Debtors at hearings set by the Court in their bankruptcy case; and (4) preparing necessary applications, motions, answers, orders, reports or other legal papers necessary to assist in the Debtors' reorganization.

3. The Debtors have agreed to pay the firm on an hourly basis for the above-referenced services.  The hourly rates, which my firm customarily charges for services of the above-referenced kind, are:

| | | |
|---|---|---|
| Thomas H. Allen, Member: | | $375.00 per hour |
| Paul Sala, Member: | | $375.00 per hour |
| Dawn M. Bayne, Member: | | $305.00 per hour |
| Michael A. Jones, Senior Associate: | | $255.00 per hour |
| Katherine A. Sanchez, Associate: | | $205.00 per hour |
| Legal Assistants and Law Clerks: | | $115.00-$135.00 per hour |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those individuals below the level of shareholder, to reflect their increased experience and expertise in this area of law. Allen, Sala & Bayne, PLC, will make periodic applications for interim compensation and may, if merited at the completion of the case, make application to the Court for the allowance of a premium above their designated hourly rates.

4. Neither my firm nor I have any agreements with other entities with respect to the compensation to be received pursuant to the firm's agreement with the Debtors.

5. Prior to their bankruptcy filing, the Debtors paid Allen, Sala & Bayne, PLC a retainer in the amount of $35,000.00, $16,715.49 of which was applied to satisfy pre-bankruptcy fees, costs and the Chapter 11 filing fee, and $18,284.51 of which is held in Allen, Sala & Bayne, PLC's IOLTA Trust Account to secure payment of fees and costs incurred in this Chapter 11 case.

6. Based upon my investigation to date, neither Allen, Sala & Bayne, PLC, nor I hold an interest adverse to the Debtors or any creditors in this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 14, 20

/s/ THA 11160
Thomas H. Allen

SUBSCRIBED AND SWORN to before me this 14th day of April, 2014 by Thomas H. Allen.

/s/ Rachel M. Nieto
Notary Public

My commission expires: 02/02/2018

/ / /

-2-
Case 3:14-bk-05372-DPC   Doc 12   Filed 04/16/14   Entered 04/16/14 17:15:13   Desc
Main Document   Page 2 of 3

| | |
|---|---|
| 1 | A copy of the foregoing was served electronically on April 16, 2014 via |
| 2 | the Court's ECF system to all parties that have appeared in the case and |
| 3 | the Office of the United States Trustee. |
| 4 | /s/ Sherry Gomez |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |