| | |
|---|---|
| 1 | Thomas H. Allen, State Bar #11160 |
| | Michael A. Jones, State Bar #27311 |
| 2 | **ALLEN, SALA & BAYNE, PLC** |
| | 1850 N. Central Ave., #1150 |
| 3 | Phoenix, Arizona  85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | E-mail: tallen@asbazlaw.com |
| 5 |         mjones@asbazlaw.com |
| 6 | Attorney for Debtors |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

DONALD GOLEN and JEANETTE PILOTTE,

Debtors.

CHAPTER 11

Case No. 3-14-bk-05372-DPC

**AFFIDAVIT OF MAILING**

STATE OF ARIZONA   )
                   )ss.
County of Maricopa )

Sherry Gomez, being first duly sworn, upon her oath, deposes and states that she is over the age of 18 years, that she is employed by the law firm of Allen, Sala & Bayne, PLC, and that on the 16th day of April, 2014, she caused to be deposited with the U.S. Postal Service, copies of the *Notice and Order Setting Chapter 11 Status Conference and Providing for the Filing of a Pre-Conference and Providing for the Dismissal if No Report is Filed* in sealed, postage pre-paid envelopes addressed to all parties on the Master Mailing List, a copy of which is attached hereto as **Exhibit "A".**

/s/ Sherry Gomez

SUBSCRIBED AND SWORN TO BEFORE ME on April 17, 2014 by Sherry Gomez.

/s/ Rachel M. Nieto
Notary Public

My Commission Expires: 02-02-2018

I:\8000 Prescott Files\8044 - Golen, Dr. Donald A. and Dr. Jeanette Pilotte\Admin Pleadings\AffofMailing4.16.14.doc

Case 3:14-bk-05372-DPC    Doc 14    Filed 04/17/14    Entered 04/17/14 08:19:58    Desc
Main Document    Page 1 of 1