FORM b23 (revised 12/13)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 3:14−bk−05372−DPC

DONALD GOLEN  Chapter: 11
4665 W. PHANTOM HILL ROAD
PRESCOTT, AZ 86305
**SSAN:** xxx−xx−9518
**EIN:**

JEANETTE PILOTTE
4665 W. PHANTOM HILL ROAD
PRESCOTT, AZ 86305
**SSAN:** xxx−xx−3271
**EIN:**

Debtor(s)

---

**DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT; TO BE FILED WITHIN 45 DAYS AFTER THE FIRST DATE SET FOR THE 341 MEETING**

*This form should not be filed if an approved provider of a postpetition instructional course concerning personal financial management has already notified the court of the debtor's completion of the course. Otherwise, every individual debtor in a chapter 7 or a chapter 13 or in a chapter 11 case in which § 1141(d)(3) applies must file this certification. If a joint petition is filed and this certification is required, each spouse must complete and file a separate certification.*

*Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above−styled case, hereby
      *(Printed Name of Debtor)*

certify that on_____, I completed an instructional course in personal financial management
                *(Date)*

provided by _____, an approved personal financial
              *(Name of Provider)*

management provider.

Certificate No. (if any): _____.

− − − CERTIFICATION OF COMPLETION CONTINUES ON NEXT PAGE − − −

☐ I, _____, the debtor in the above−styled case, hereby
  *(Printed Name of Debtor)*

certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐  Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐  Active military duty in a military combat zone; or

☐  Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instuctional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

_____
Signature of Debtor                                                       Date

*Instructions:* Use this form only to certify whether you completed a course in personal financial management and only if your course provider has not already notified the court of your completion of the course. (Fed. R. Bankr.P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

```
                          United States Bankruptcy Court
                                District of Arizona
```

In re:                                                          Case No. 14-05372-DPC
DONALD GOLEN                                                    Chapter 11
JEANETTE PILOTTE
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0970-3      User: lowryj           Page 1 of 1           Date Rcvd: Apr 15, 2014
                          Form ID: b23           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2014.
db/jdb      +DONALD GOLEN,    JEANETTE PILOTTE,   4665 W. PHANTOM HILL ROAD,    PRESCOTT, AZ 86305-9056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2014 at the address(es) listed below:
              THOMAS 1 ALLEN    on behalf of Debtor DONALD  GOLEN tallen@asbazlaw.com,
               sgomez@asbazlaw.com;rnieto@asbazlaw.com;asbecf@asbazlaw.com;psanchez@asbazlaw.com;om@ecf.inforupt
               cy.com;bparker@asbazlaw.com;ksanchez@asbazlaw.com
              THOMAS 1 ALLEN    on behalf of Joint Debtor JEANETTE  PILOTTE tallen@asbazlaw.com,
               sgomez@asbazlaw.com;rnieto@asbazlaw.com;asbecf@asbazlaw.com;psanchez@asbazlaw.com;om@ecf.inforupt
               cy.com;bparker@asbazlaw.com;ksanchez@asbazlaw.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3