UNITED STATES BANKRUPTCY COURT District of Arizona

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 4/14/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| DONALD GOLEN<br>4665 W. PHANTOM HILL ROAD<br>PRESCOTT, AZ 86305 | JEANETTE PILOTTE<br>4665 W. PHANTOM HILL ROAD<br>PRESCOTT, AZ 86305 |
| Case Number:<br>3:14−bk−05372−DPC | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−9518<br>xxx−xx−3271 |
| Attorney for Debtor(s) (name and address):<br>THOMAS 1 ALLEN<br>ALLEN, SALA & BAYNE, PLC<br>VIAD CORPORATE CENTER<br>1850 N. CENTRAL AVE., #1150<br>PHOENIX, AZ 85004<br>Telephone number:  602−256−6000 | |

## Meeting of Creditors

Date: **May 20, 2014**           Time: **10:00 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 7/21/14**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George Prentice |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 4/15/14 |

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B10) can be obtained at the court's website: http://www.azb.uscourts.gov/default.aspx?PID=76 or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |
| Required Papers | **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** |

Refer to Other Side for Important Deadlines and Notices

```
                            United States Bankruptcy Court
                                  District of Arizona
In re:                                                          Case No. 14-05372-DPC
DONALD GOLEN                                                    Chapter 11
JEANETTE PILOTTE
        Debtors                      CERTIFICATE OF NOTICE

District/off: 0970-3          User: lowryj              Page 1 of 2              Date Rcvd: Apr 15, 2014
                              Form ID: b9e              Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2014.
```
db/jdb       +DONALD GOLEN,    JEANETTE PILOTTE,    4665 W. PHANTOM HILL ROAD,    PRESCOTT, AZ 86305-9056
12892811     +Adam F. and Heidi M. Feingold & Women's,    Medical Care, P.C.,    1005 Division Street,
               Prescott AZ 86301-1601
12892815      BMW Card Services,    P.O. Box 9488,    Salt Lake City UT 84109-0488
12892816    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: BMW Financial Services,    P.O. Box 3608,    Dublin OH 43016-0326)
12892817     +BMW of North America, LLC,    300 Chestnut Ridge Road,    Woodcliff Lake NJ 07677-7739
12892818     +Cerner Healthcare Solutions,    2800 Rockcreek Parkway,    Kansas City MO 64117-2521
12892819     +Country Bank,    107 E. Willis Street,    Prescott AZ 86301-3133
12892820     +G-P Family Limited Partnership,    802 Ainsworth Drive, Suite B,    Prescott AZ 86301-1623
12892821     +Granite Mountain Neurology, PC,    802 Ainsworth Drive, Suite B,    Prescott AZ 86301-1623
12892822     +J&G Medical Services, PLLC,    4665 W. PHantom Hill,    Prescott AZ 86305-9056
12892823      Land America,    P.O. Box 2986,    Phoenix AZ 85062-2986
12892824      Law Offices of Nathan Neuman,    700 Lake Drive,    Ambler PA 19002-5084
12892825     +Loan Care,    P.O. Box 8097,    Virginia Beach VA 23450-8097
12892826      Mark N. Goodman, Esq.,    GOODMAN LAW FIRM,    P.O. Box 2489,    Prescott AZ 86302-2489
12892827     +Mervyn and Darlene Pilotte,    1043 Lupine Lane,    Prescott AZ 86305-6720
12892828      Michael Joseph Dangelo,    2116 Forest Mountain Road,    Prescott AZ 86303-6910
12892830     +Ocean Landings Condominium Association,    c/o Harry Greenfield,    150 Cocoa Isles Blvd., #101,
               Cocoa Beach FL 32931-3093
12892829     +Ocean Landings Condominium Association,    900 North Atlantic Avenue,    Cocoa Beach FL 32931-3195
12892831     +Richard Gerhardt, President/Director,    Ocean Landings Condominium Association,
               830 N. Atlantis Ave, Apt. 1407-B,    Cocoa Beach FL 32931-3145
12892832      Robert A. Shull, Esq.,    Dickinson Wright/Mariscal Weeks,    2901 N. Central Ave., Ste. 200,
               Phoenix AZ 85012-2705
12892833      Seterus,    P.O. Box 2008,    Grand Rapids MI 49501-2008
12892835     +Women's Medical Care, P.C.,    1005 Division Street,    Prescott AZ 86301-1601
12892836     +Women's Medical Care, P.C.,    c/o Goodman Law Firm PC,    1575 Plaza West Drive, Suite A,
               Prescott AZ 86303-5569
12892838     +Yavapai Regional Medical Center,    1003 Willow Creek Road,    Prescott AZ 86301-1668
12892837     +Yavapai Regional Medical Center,    Attn: Business Office,    P.O. Box 53565,
               Phoenix AZ 85072-3565
12892839     +Yavapai Regional Medical Center,    7700 E. Florentine Road,    Prescott Valley AZ 86314-2245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: tallen@asbazlaw.com Apr 15 2014 23:53:43     THOMAS 1 ALLEN,
               ALLEN, SALA & BAYNE, PLC,    VIAD CORPORATE CENTER,    1850 N. CENTRAL AVE., #1150,
               PHOENIX, AZ  85004
smg           EDI: AZDEPREV.COM Apr 15 2014 23:53:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
12892812      EDI: AMEREXPR.COM Apr 15 2014 23:48:00      American Express,    P.O. Box 981535,
               El Paso TX 79998-1535
12892814      EDI: BANKAMER.COM Apr 15 2014 23:48:00      Bank of America,    P.O. Box 982235,
               El Paso TX 79998-2235
12892816      EDI: BMW.COM Apr 15 2014 23:53:00      BMW Financial Services,    P.O. Box 3608,
               Dublin OH 43016-0326
12892813      EDI: BANKAMER2.COM Apr 15 2014 23:48:00      Bank of America,    P.O. Box 660576,
               Dallas TX 75266-0576
12892834     +EDI: WFFC.COM Apr 15 2014 23:48:00      Wells Fargo Home Mortgage,    P.O. Box 10335,
               Des Moines IA 50306-0335
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2014 at the address(es) listed below:

```
          THOMAS 1 ALLEN    on behalf of Debtor DONALD  GOLEN tallen@asbazlaw.com,
           sgomez@asbazlaw.com;rnieto@asbazlaw.com;asbecf@asbazlaw.com;psanchez@asbazlaw.com;om@ecf.inforupt
           cy.com;bparker@asbazlaw.com;ksanchez@asbazlaw.com
          THOMAS 1 ALLEN    on behalf of Joint Debtor JEANETTE  PILOTTE tallen@asbazlaw.com,
           sgomez@asbazlaw.com;rnieto@asbazlaw.com;asbecf@asbazlaw.com;psanchez@asbazlaw.com;om@ecf.inforupt
           cy.com;bparker@asbazlaw.com;ksanchez@asbazlaw.com
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                           TOTAL: 3
```