# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 3:14−bk−05372−DPC

DONALD GOLEN  Chapter: 11
4665 W. PHANTOM HILL ROAD
PRESCOTT, AZ 86305
**SSAN:** xxx−xx−9518
**EIN:**

JEANETTE PILOTTE
4665 W. PHANTOM HILL ROAD
PRESCOTT, AZ 86305
**SSAN:** xxx−xx−3271
**EIN:**

Debtor(s)

## NOTICE AND ORDER SETTING CHAPTER 11 STATUS CONFERENCE
## AND PROVIDING FOR THE FILING OF A PRE−CONFERENCE
## AND PROVIDING FOR THE DISMISSAL IF NO REPORT IS FILED

A. Pursuant to 11 U.S.C. § 105(d), a status conference will be held on 5/20/14 at 11:30 AM at the **U.S. Bankruptcy Court**, 230 N. First Avenue, 6th Floor, Courtroom 603, Phoenix, AZ. The Debtor−in−Possession ("Debtor"), or an authorized representative of Debtor, and counsel for Debtor shall be present at this status conference and shall be prepared to discuss and/or resolve, at the Court's direction, the following issues:

1. The nature of the Debtor's operations and the factors leading to the filing of a Chapter 11.
2. Whether any professionals have been or will be employed by the Debtor.
3. Any unique issues regarding secured debt, employees, executory contracts, cash collateral, existing management and/or equity owners.
4. A deadline for the filing of a plan and disclosure statement.
5. A deadline for the filing of proofs of claims and interests.
6. The status of Debtor's post−petition operations.
7. The status of any litigation involving the Debtor.

B. The Court requires the filing of a report that addresses the nature of Debtor's business, an outline of the proposed Chapter 11 Plan, timing of filing the plan together with the other issues outlined in the Order. Debtor shall have 7 (Seven) days within which to file and serve a copy of the initial report. In the event the report is not filed the initial 105(d) status hearing will be vacated and the Chapter 11 case will be subject to dismissal.

− − − ORDER CONTINUES ON NEXT PAGE − − −

C. The Debtor is directed to mail a copy of this Notice and Order to all creditors and parties in interest no less than 23 days prior to the status conference and to file a certificate of mailing with the Clerk of the Court. The scope of the notice required by this Order may be modified upon good cause shown by the Debtor.

**Date:** April 15, 2014                                                    BY THE COURT

**Address of the Bankruptcy Clerk's Office:**                               HONORABLE Daniel P. Collins
U.S. Bankruptcy Court, Arizona                                              United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

```
                          United States Bankruptcy Court
                                District of Arizona
```

In re:                                                          Case No. 14-05372-DPC
DONALD GOLEN                                                    Chapter 11
JEANETTE PILOTTE
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-3          User: vaughanr          Page 1 of 1          Date Rcvd: Apr 15, 2014
                              Form ID: ostatcgc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2014.
db/jdb     +DONALD GOLEN,    JEANETTE PILOTTE,    4665 W. PHANTOM HILL ROAD,    PRESCOTT, AZ 86305-9056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2014 at the address(es) listed below:
              THOMAS 1 ALLEN    on behalf of Debtor DONALD  GOLEN tallen@asbazlaw.com,
               sgomez@asbazlaw.com;rnieto@asbazlaw.com;asbecf@asbazlaw.com;psanchez@asbazlaw.com;om@ecf.inforuptcy.com;bparker@asbazlaw.com;ksanchez@asbazlaw.com
              THOMAS 1 ALLEN    on behalf of Joint Debtor JEANETTE  PILOTTE tallen@asbazlaw.com,
               sgomez@asbazlaw.com;rnieto@asbazlaw.com;asbecf@asbazlaw.com;psanchez@asbazlaw.com;om@ecf.inforuptcy.com;bparker@asbazlaw.com;ksanchez@asbazlaw.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                                 TOTAL: 3