SO ORDERED.

Dated: April 17, 2014

*signature*

**Daniel P. Collins, Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | CHAPTER 11 |
|---|---|
| DONALD GOLEN and JEANETTE PILOTTE,<br><br>　　　　　Debtors. | Case No. 3-14-bk-05372-DPC<br><br>**ORDER APPROVING EMPLOYMENT OF COUNSEL FOR THE DEBTORS** |

Upon consideration of the *Application to Employ Counsel for the Debtors*, it appearing that the proposed counsel is disinterested, and that employment of such counsel is in the best interest of the estate,

**IT IS HEREBY ORDERED** approving the employment of Allen, Sala & Bayne, PLC as counsel for the Debtors pursuant to 11 U.S.C. § 327, with no payment of compensation or reimbursement of expenses being made except after appropriate application, notice and hearing pursuant to 11 U.S.C. § 330.

**DATED AND SIGNED ABOVE.**