Thomas H. Allen, State Bar #11160
Michael A. Jones, State Bar #27311
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., #1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
E-mail: tallen@asbazlaw.com
mjones@asbazlaw.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | CHAPTER 11 |
|---|---|
| DONALD GOLEN and JEANETTE PILOTTE, | Case No. 3-14-bk-05372-DPC |
| Debtors. | **APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL** |

Donald Golen and Jeanette Pilotte (the "Debtors"), by and through their undersigned attorneys, hereby apply for approval of employment of litigation counsel as follows:

1. The Debtors wish to employ Dickinson Wright, PLLC ("Dickinson Wright"), attorneys admitted to practice before this Court and the Arizona State Courts.

2. Dickinson Wright will assist the Debtors in connection with pre-petition litigation entitled <u>Jeanette M. Pilotte v. Adam F. Feingold and Heidi M. Feingold, et. al.</u>, Case No. P1300CV201001242, pending before the Superior Court of the State of Arizona, Yavapai County (the "Litigation").

3. The Debtors believe that the employment of Dickinson Wright is in the estate's best interest as the firm has extensive knowledge of the factual and legal basis for the claims pending in the Litigation. Employment of litigation counsel unfamiliar with this case would not be cost effective.

4. The professional services which Dickinson Wright will provide include, but are not limited to, representing the Debtors with respect to the pending Litigation, including meeting with the clients, analyzing the issues, legal research, drafting of necessary motions and/or notices, and attending oral argument.

I:\8000 Prescott Files\8044 - Golen, Dr. Donald A. and Dr. Jeanette Pilotte\Admin Pleadings\Employment Special Counsel\Application.Final.doc

Case 3:14-bk-05372-DPC    Doc 23    Filed 04/25/14    Entered 04/25/14 17:53:55    Desc
Main Document    Page 1 of 3

5. To the best of the Debtors' knowledge and in reliance upon the Verified Statement of Robert A. Shull filed simultaneously herewith, other than its pre-petition representation of the Debtors in the Litigation, Dickinson Wright has no connection with the creditors, or any other party-in-interest, or their respective attorneys. Dickinson Wright has agreed to waive any amounts owed for work completed prior to the Debtors' bankruptcy filing.

6. The terms of the employment of Dickinson Wright agreed to by the Debtors, subject to the approval of the Court, are that Dickinson Wright will undertake this representation at their standard hourly rates, which are:

| | |
|---|---|
| Robert A. Shull: | $565.00 |
| Charles Oldham: | $345.00 |
| Associates: | $200.00 to $325.00 |
| Paralegals: | $125.00 to $195.00 |

7. These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and with respect to those individuals below the level of Shareholder or Partner, to reflect their increased experience and expertise in this area of law. Dickinson Wright will make periodic applications for interim compensation and, if at the completion of the case the results merit it, may make application to the Court for the allowance of a premium above his designated hourly rates.

8. Dickinson Wright has agreed that any costs or fees sought shall be paid upon the application to, and approval by, the Bankruptcy Court after notice and hearing pursuant to other procedure which may be approved by the Bankruptcy Court.

9. The Debtors have not provided Dickinson Wright with a retainer.

**WHEREFORE**, the Debtors respectfully request that the Court approve the employment of Dickinson Wright as special litigation counsel to represent the Debtors with respect to the Litigation under the terms specified herein.

/ / /

/ / /

/ / /

DATED: April 25, 2014.

**ALLEN, SALA & BAYNE, PLC**

/s/ *THA #11160*
Thomas H. Allen
Michael A. Jones
1850 N. Central, Suite 1150
Phoenix, Arizona 85004
Attorneys for Debtors

A copy of the foregoing was served electronically on April 25, 2014 via the Court's ECF system to all parties that have appeared in the case and the Office of the United States Trustee.

Robert A. Shull
Charles H. Oldham
Dickinson Wright, PLLC
2901 N. Central Avenue, Suite 200
Phoenix, AZ 85012

/s/ *Misty Hinshaw*