**United States Bankruptcy Court**
**District of Arizona**

In re: **Donald Golen / Jeanette Pilotte**, Debtor(s)

Case No. **3:14-bk-05372-DPC**
Chapter **11**

## Declaration of Evidence of Employers' Payments Within 60 Days

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Donald Golen**, declares the foregoing to be true and correct under penalty of perjury.

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Jeanette Pilotte**, declares the foregoing to be true and correct under penalty of perjury.

Date **May 9, 2014**      Signature **/s/ Donald Golen**
**Donald Golen**
Debtor

Date **May 9, 2014**      Signature **/s/ Jeanette Pilotte**
**Jeanette Pilotte**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy
Case 3:14-bk-05372-DPC    Doc 33    Filed 05/09/14    Entered 05/09/14 16:30:04    Desc
Main Document    Page 1 of 3

Granite Mountain Neurology PC
802 Ainsworth Suite b
Prescott AZ 86305

Pay Stub Detail
PAY DATE:02/28/2014
NET PAY:$7,750.83

Donald A. Golen
4665 W Phantom Hills Rd
Prescott AZ 86305

---

**EMPLOYER**
Granite Mountain Neurology PC
802 Ainsworth Suite b
Prescott AZ 86305

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 01/31/2014 |
| Period Ending: | 02/28/2014 |
| Pay Date: | 02/28/2014 |

**EMPLOYEE**
Donald A. Golen
4665 W Phantom Hills Rd
Prescott AZ 86305

**NET PAY:** $7,750.83

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 10,000.00 | 20,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 1,304.17 | 2,608.34 |
| Social Security | 620.00 | 1,240.00 |
| Medicare | 145.00 | 290.00 |
| AZ Income Tax | 180.00 | 360.00 |

NET PAY:

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $10,000.00 | $20,000.00 |
| Taxes | $2,249.17 | $4,498.34 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$7,750.83** | |

Granite Mountain Neurology PC
802 Ainsworth Suite b
Prescott AZ 86305

Pay Stub Detail
PAY DATE:03/30/2014
NET PAY:$7,750.83

Donald A. Golen
4665 W Phantom Hills Rd
Prescott AZ 86305

**EMPLOYER**
Granite Mountain Neurology PC
802 Ainsworth Suite b
Prescott AZ 86305

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/01/2014 |
| Period Ending: | 03/30/2014 |
| Pay Date: | 03/30/2014 |

**EMPLOYEE**
Donald A. Golen
4665 W Phantom Hills Rd
Prescott AZ 86305

**NET PAY:** $7,750.83

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 10,000.00 | 30,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 1,304.17 | 3,912.51 |
| Social Security | 620.00 | 1,860.00 |
| Medicare | 145.00 | 435.00 |
| AZ Income Tax | 180.00 | 540.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $10,000.00 | $30,000.00 |
| Taxes | $2,249.17 | $6,747.51 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$7,750.83** | |