| | |
|---|---|
| 1 | Thomas H. Allen, State Bar #11160 |
| | Michael A. Jones, State Bar #27311 |
| 2 | **ALLEN, SALA & BAYNE, PLC** |
| | 1850 N. Central, Suite 1150 |
| 3 | Phoenix, Arizona 85004 |
| | Office: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | Email: tallen@asbazlaw.com |
| 5 | mjones@asbazlaw.com |
| 6 | Attorneys for Debtor |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| DONALD GOLEN and JEANETTE PILOTTE, | Case No. 3-14-bk-05372-DPC |
| Debtors. | **AMENDMENT TO MASTER MAILING LIST and CERTIFICATE OF SERVICE** |

Donald Golen and Jeanette Pilotte ("Debtors"), by and through undersigned counsel, hereby amend the Master Mailing List to include the following party:

Robert A Royal, Esq.
TIFFANY AND BOSCO
2525 E. Camelback, Third Floor
Phoenix, AZ 85016

Undersigned counsel hereby certifies that on May 13, 2014, copies of this Amendment, the *Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines,* and the *Notice and Order Setting Chapter 11 Status Conference and Providing for the Filing of a Pre-Conference and Providing for the Dismissal if no Report is Filed* were served upon the party listed above in a sealed, postage pre-paid envelope.

DATED: May 13, 2014

**ALLEN, SALA & BAYNE, PLC**

*/s/ THA #11160*
Thomas H. Allen
Michael A. Jones
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorney for Debtors

/ / /

I:\8000 Prescott Files\8044 - Golen, Dr. Donald A. And Dr. Jeanette Pilotte\Petition And Schedules\Amendment To MML & Cert Of Service.Doc

| | |
|---|---|
| 1 | A copy of the foregoing was served electronically on May 13, 2014 via |
| 2 | the Court's ECF system to all parties that have appeared in the case and |
| 3 | the Office of the United States Trustee. |
| 4 | **COPY** of the foregoing mailed on May 13, 2014 to: |
| 5 | Robert A Royal, Esq.<br>TIFFANY AND BOSCO |
| 6 | 2525 E. Camelback, Third Floor<br>Phoenix, AZ 85016 |
| 7 | |
| 8 | */s/ Stephanie Resler* |