B26 (Official Form 26) (12/08)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case No.: | 3-14-bk-05372-DPC |
|---|---|---|
| Donald Golen and Jeanette Pilotte, | | Chapter 11 |
| Debtors. | | |

## PERIOD REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF DONALD GOLEN AND JEANETTE PILOTTE HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of April 14, 2014 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Donald Golen and Jeanette Pilotte holds a substantial or controlling interest in the following entities:

| Name Of Entity | Interest Of The Estate |
|---|---|
| Granite Mountain Neurology, P.C. | 100% |
| J&G Medical Services, PLLC | 100% |
| Dame Management, LLC | 100% |
| Women's Medical Care PC | 50% |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of change in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

B26 (Official Form 26) (12/08)　　　　　　　　　　　　　　　　　　　　　　　Page 2

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR-IN-POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of Donald Golen and Jeanette Pilotte holds a substantial or controlling interest and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of their knowledge.

Date: 5-9-14

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

# Exhibit A
## Valuation Estimate

### Granite Mountain Neurology, P.C.

This entity relies on Dr. Donald Golen's efforts for income. As of the bankruptcy filing date, this entity's assets consist of: $3,000 in cash; furniture, fixtures and equipment worth approximately $2,500 and a 2011 BMW 335xi worth approximately $11,000 after payment of lien. Its liabilities consist of $5,000 in payroll liabilities. As such, the Debtors believe the value of this entity is approximately $10,000, after costs of sale.

### J&G Medical Services, PLLC

This entity relies on Dr. Jeanette Pilotte's efforts for income. As of the bankruptcy filing date, this entity's assets consist of $20,000 in cash; furniture and leasehold improvements worth approximately $5,000. Its liabilities consist of $39,469 in credit cards. As such, the Debtors believe the value of this entity is $0.00.

### Dame Management, LLC

This entity relies on Dr. Jeanette Pilotte's efforts for income. As of the bankruptcy filing date, this entity's assets consist of $5,614 in cash and it has no liabilities. As such, the Debtor believes the value of this entity is $5,614

### Women's Medical Care PC

The ownership of this entity is subject to litigation. The Debtors were denied access to any financial information. The Debtors do not know or have any information to determine the value of their interest in this entity.

Exhibit B
Financial Statements

## Granite Mountain Neurology, P.C.

See attached.

## J&G Medical Services, PLLC

See attached.

## Dame Management, LLC

See attached.

## Women's Medical Care PC

The ownership of this entity is subject to litigation. The Debtors were denied access to any financial information.

**Granite Mountain Neurology, PC**
**Statement of Revenues & Expenses-Modified Cash Basis**
**Fiscal Period January 1, 2013 to December 31, 2013**

| | | | |
|---|---|---:|---:|
| **Cash Receipts** | | | |
| Patient Care | $ | 264,151 | |
| Other | | 7,142 | |
| **Total Cash Receipts** | | 271,293 | 100.00% |
| | | | |
| **Expenses** | | | |
| Facility Expenses | | 76,254 | 28.11% |
| Depreciation | | 112 | 0.04% |
| Human Resources | | 42,621 | 15.71% |
| Variable Expenses | | 25,820 | 9.52% |
| Insurance | | 14,873 | 5.48% |
| Professional Fees | | 6,738 | 2.48% |
| Continued Education | | 1,215 | 0.45% |
| Bank Charges | | 234 | 0.09% |
| | | | |
| **Total Expense** | | 167,867 | 61.88% |
| | | | |
| **Practice Profit** | | 103,426 | 38.12% |
| | | | |
| Senior Physician Expense | | | |
| Compensation | | 70,000 | |
| Automobile | | 2,825 | |
| **Senior Physician Salaries & Benefits** | | 72,825 | |
| | | | |
| **Corporate Profit (Loss)** | $ | 30,601 | |

See Accountants' Compilation Report

J &G Medical Services, PLLC
Statement of Revenues & Expenses-Modified Cash Basis
Fiscal Period January 1, 2013 to December 31, 2013

**Cash Receipts**
Patient Care $ 253,256
**Total Cash Receipts** 253,256

**Expenses**

| | |
|---|---:|
| Facility Costs | 51,144 |
| Variable Expenses | 66,308 |
| Human Resources | 42,487 |
| Management Fees | 50,000 |
| Professional Fees | 12,220 |
| Insurance | 12,994 |
| Promotion & Advertising | 10,851 |
| Continued Education | 12,480 |
| Depreciation | 3,344 |
| Interest | 1,300 |
| Miscellaneous | 357 |

**Total Expense** 263,485

**Practice Profit** (10,229)

**Physician Expense**

Meals & Entertainment 2,590
**Total Physician Expenses** 2,590

**Corporate Profit (Loss)** $ (12,819)

See Accountants' Compilation Report

# DAME Management, LLC
## Profit & Loss
### July 2012 through June 2013

|  | Jul '12 - Jun 13 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Management Income | 66,925.70 |
| **Total Income** | 66,925.70 |
| **Expense** | |
| Bank Service Charges | 39.00 |
| Dues and Subscriptions | 1.61 |
| Education | 131.00 |
| Insurance | |
| Medical | 6,012.00 |
| **Total Insurance** | 6,012.00 |
| Medical | 702.32 |
| Professional Fees | |
| Accounting | 1,890.00 |
| Tax Preparation | 740.00 |
| **Total Professional Fees** | 2,630.00 |
| Repairs | |
| Janitorial Exp 25% of Total | 138.00 |
| **Total Repairs** | 138.00 |
| Telephone | 2,324.74 |
| Utilities | |
| Trash 25% of Total | 78.00 |
| Electric 25% of Total | 1,904.50 |
| Gas @ 25% of Total | 610.30 |
| **Total Utilities** | 2,592.80 |
| **Total Expense** | 14,571.47 |
| **Net Ordinary Income** | 52,354.23 |
| **Other Income/Expense** | |
| Other Income | |
| Interest Income | 0.03 |
| **Total Other Income** | 0.03 |
| **Net Other Income** | 0.03 |
| **Net Income** | 52,354.26 |

*Handwritten annotations:*
- −362  K-1 G/P FLP
- −1875  Dep.
- $ 50,117 ☺
- −18,000 Rents
- 32,117.00
- 26,558 DIV
- 18,000 Rents

Exhibit B-1
Balance Sheet

<u>Granite Mountain Neurology, P.C.</u>

    See attached.

<u>J&G Medical Services, PLLC</u>

    See attached.

<u>Dame Management, LLC</u>

    See attached.

<u>Women's Medical Care PC</u>

    The ownership of this entity is subject to litigation. The Debtors were denied access to any financial information.

Case 3:14-bk-05372-DPC    Doc 35    Filed 05/14/14    Entered 05/14/14 14:59:10    Desc
Main Document    Page 8 of 15

# Granite Mountain Neurology, PC
## Statement of Assets, Liabilities & Equities-Modified Cash Basis
### as of December 31, 2013

### ASSETS

**Current Assets**
| | |
|---|---:|
| Checking Accounts & Savings Accounts | $ 34,636 |
|     Total Current Assets | 34,636 |

**Fixed Assets - At Cost**
| | |
|---|---:|
| Furniture & Equipment | 63,267 |
| Accumulated Depreciation | (63,267) |
|     Total Fixed Assets | - |

| | |
|---|---:|
| **TOTAL ASSETS** | 34,636 |

### LIABILITIES & EQUITY

**Current Liabilities**
| | |
|---|---:|
| Payroll Liabilities | 3,661 |
|     Total Current Liabilities | 3,661 |

**Equity**
| | |
|---|---:|
| Capital Stock | 500 |
| Retained Earnings | 30,475 |
|     Total Equity | 30,975 |

| | |
|---|---:|
| **Total Liabilities & Equity** | $ 34,636 |

See Accountants' Compilation Report

J &G Medical Services, PLLC
Statement of Assets, Liabilities & Equities-Modified Cash Basis
as of December 31, 2013

### ASSETS

**Current Assets**
| | |
|---|---:|
| Checking Account | $ 5,515 |
| Savings Account | 10,200 |
| Total Current Assets | 15,715 |

**Other Assets**
| | |
|---|---:|
| Loans to Related Companies | 179,864 |
| Total Other Assets | 179,864 |
| Total Current Assets | 195,579 |

**Fixed Assets - At Cost**
| | |
|---|---:|
| Furniture & Equipment | 89,967 |
| Leasehold Improvements | 28,061 |
| Accumulated Depreciation | (68,258) |
| Total Fixed Assets | 49,770 |

**TOTAL ASSETS** 245,349

### LIABILITIES & EQUITY

**Current Liabilities**
| | |
|---|---:|
| Credit Card Payable | 39,469 |
| Payroll Liabilities | 246 |
| Total Current Liabilities | 39,715 |

**Long Term Liabilities**
| | |
|---|---:|
| Loan Payable-Hospital | 123,000 |
| Total Long Term Liabilities | 123,000 |

**TOTAL LIABILITIES** 162,715

**Equity**
| | |
|---|---:|
| Additional Paid in Capital | 475,436 |
| Capital Stock | 1,000 |
| Retained Earnings | (393,802) |
| **TOTAL EQUITY** | 82,634 |

**TOTAL LIABILITIES & EQUITY** $ 245,349

See Accountants' Compilation Report

# DAME Management, LLC
## Balance Sheet
### As of June 30, 2013

|  | Jun 30, 13 | Jun 30, 12 | $ Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| Wells Fargo Checking | 10,930.98 | 3,735.26 | 7,195.72 |
| Wells Fargo Savings | 600.03 | 0.00 | 600.03 |
| **Total Checking/Savings** | 11,531.01 | 3,735.26 | 7,795.75 |
| **Other Current Assets** | | | |
| Prepaid Tax | | | |
| Federal | 1,781.00 | 1,781.00 | 0.00 |
| **Total Prepaid Tax** | 1,781.00 | 1,781.00 | 0.00 |
| Loan to FLP | 56,000.00 | 56,000.00 | 0.00 |
| Loan to J&G | 4,308.00 | 4,308.00 | 0.00 |
| Loans To Shareholder | 44,558.51 | 0.00 | 44,558.51 |
| **Total Other Current Assets** | 106,647.51 | 62,089.00 | 44,558.51 |
| **Total Current Assets** | 118,178.52 | 65,824.26 | 52,354.26 |
| **Fixed Assets** | | | |
| 2008 Toyota Highlander | 41,657.57 | 41,657.57 | 0.00 |
| Furniture & Fixtures '02-'03 | 3,423.82 | 3,423.82 | 0.00 |
| Accum. Dep. | -16,609.00 | -16,609.00 | 0.00 |
| **Total Fixed Assets** | 28,472.39 | 28,472.39 | 0.00 |
| **Other Assets** | | | |
| Equity Golen-Pilotte FLP | 229.00 | 229.00 | 0.00 |
| Amortization | 1,440.00 | 1,440.00 | 0.00 |
| Acc. Amort. Dep. | -1,440.00 | -1,440.00 | 0.00 |
| **Total Other Assets** | 229.00 | 229.00 | 0.00 |
| **TOTAL ASSETS** | 146,879.91 | 94,525.65 | 52,354.26 |
| **LIABILITIES & EQUITY** | | | |
| **Equity** | | | |
| Common Stock | 1,000.00 | 1,000.00 | 0.00 |
| Retained Earnings | 93,525.65 | 72,385.50 | 21,140.15 |
| Net Income | 52,354.26 | 21,140.15 | 31,214.11 |
| **Total Equity** | 146,879.91 | 94,525.65 | 52,354.26 |
| **TOTAL LIABILITIES & EQUITY** | 146,879.91 | 94,525.65 | 52,354.26 |

Exhibit B-2
Statement of Income (Loss)

Granite Mountain Neurology, P.C.

    See Exhibits B and B-1.

J&G Medical Services, PLLC

    See Exhibits B and B-1.

Dame Management, LLC

    See Exhibits B and B-1.

Women's Medical Care PC

    See Exhibits B and B-1.

Exhibit B-3
Statement of Cash Flows

Granite Mountain Neurology, P.C.

　　See Exhibits B and B-1.

J&G Medical Services, PLLC

　　See Exhibits B and B-1.

Dame Management, LLC

　　See Exhibits B and B-1.

Women's Medical Care PC

　　See Exhibits B and B-1.

Exhibit B-4
Statement of Changes in Shareholders'/Partners' Equity (Deficit)
Period ending April 14, 2014

<u>Granite Mountain Neurology, P.C.</u>

There have been no changes in shareholders' equity for the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year nor the prior fiscal year.

<u>J&G Medical Services, PLLC</u>

There have been no changes in partners' equity for the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year nor the prior fiscal year.

<u>Dame Management, LLC</u>

There have been no changes in partners' equity for the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year nor the prior fiscal year.

<u>Women's Medical Care PC</u>

The ownership of this entity is subject to litigation.

Exhibit C
Description of Operations

### Granite Mountain Neurology, P.C.

Debtor is the 100% shareholder of this entity and is the President. The entity is a medical practice specializing in neurology.

### J&G Medical Services, PLLC

Co-Debtor is the 100% member of this entity. The primary function of this entity is medical care.

### Dame Management, LLC

Co-Debtor is the 100% member of this entity. The primary function of this entity is management.

### Women's Medical Care PC

The ownership of this entity is subject to litigation. This entity's primary function is medical care in the area of Obstetrics and Gynecology.