**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Ronald M. Horwitz (005655)
rmh@jaburgwilk.com
Janessa E. Koenig (018618)
jek@jaburgwilk.com

Attorneys for Adam & Heidi Feingold
and Women's Medical Care, P.C.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONALD GOLEN and JEANETTE PILOTTE,<br><br>Debtors. | In Proceedings Under Chapter 11<br><br>Case No. 3:14-bk-05372-DPC |
| ADAM F. FEINGOLD and HEIDI M. FEINGOLD, and WOMEN'S MEDICAL CARE, P.C.,<br><br>Movants,<br><br>vs.<br><br>DONALD GOLEN and JEANETTE PILOTTE, Debtors, and U.S. TRUSTEE,<br><br>Respondents. | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND BAR DATE** |

**TO DEBTORS, DEBTORS' COUNSEL,
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN that the above Movants have filed a Motion for Relief From the Automatic Stay to Allow for Continuance of State Court Litigation and Order to Show Cause Hearing.

In the Motion for Relief From the Automatic Stay, the Movants have alleged as follows:

1. Movants and the Debtors have been involved in litigation in the Yavapai County Superior Court, Cause No. P1300CV2010-01242 since July, 2010, and substantial and dispositive rulings have been issued therein, and an Order to Show Cause Hearing is currently pending;

2. Movants move and apply to the Court for an order modifying the stay provided by 11 U.S.C. §362 to allow the pending litigation to proceed to conclusion.

Any objection or response to the Motion for Relief From the Automatic Stay to Allow for Continuance of State Court Litigation and Order to Show Cause Hearing must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Movant's attorney:

>Ronald M. Horwitz
>Janessa E. Koenig
>**JABURG & WILK, P.C.**
>3200 N. Central Avenue, Suite 2000
>Phoenix, Arizona 85012

NOTICE IS HEREBY FURTHER GIVEN that if no written objection or response to the Motion for Relief From the Automatic Stay to Allow for Continuance of State Court Litigation and Order to Show Cause Hearing is filed within fourteen (14) days of the date of service of this Notice, the Motion for Relief From the Automatic Stay to Allow for Continuance of State Court Litigation and Order to Show Cause Hearing must be granted, without further hearing.

DATED this 11th day of June, 2014.

**JABURG & WILK, P.C.**

Ronald M. Horwitz
Janessa E. Koenig
Attorneys for Movants

| 1  | Original of the foregoing filed via ECF |
| 2  | This 11th day of June, 2014 |
| 3  | Copies of the foregoing mailed this 11th |
|    | Day of June, 2014 to: |
| 4  | |
| 5  | Donald Golen |
|    | Jeanette Pilotte |
| 6  | 4665 W. Phantom Hill Road |
|    | Prescott, AZ 86305 |
| 7  | |
|    | Thomas Allen, Esq. |
| 8  | Allen, Sala & Bayne, PLC |
|    | 1850 N. Central Ave., #1150 |
| 9  | Phoenix, AZ 85004 |
|    | Attorney for Debtors |
| 10 | |
| 11 | U.S. Trustee |
|    | Office of the U.S. Trustee |
| 12 | 230 North First Avenue, Suite 204 |
|    | Phoenix, AZ 85003 |
| 13 | |
| 14 | Jennifer A. Giaimo, Esq. |
|    | Office of the U.S. Trustee |
| 15 | 230 North First Avenue, Suite 204 |
|    | Phoenix, AZ 85003-1706 |
| 16 | Attorney for U.S. Trustee |
| 17 | List of 20 largest creditors as set |
|    | Forth on Exhibit "A" hereto |
| 18 | |
| 19 | /s/ Tindall Cole |

# Exhibit A

In re  Donald Golen,
        Jeanette Pilotte
                                                        Debtors

Case No. 3:14-bk-05372-DPC

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Adam F. and Heidi M. Feingold & Women's Medical Care, P.C. <br>1005 Division Street <br>Prescott, AZ 86301 | | C | counterclaim asserted in Yavapai County Superior Court, Case No. P1300CV201001242 | X | X | X | Unknown |
| Account No. <br><br>Mark N. Goodman, Esq. <br>GOODMAN LAW FIRM <br>P.O. Box 2489 <br>Prescott, AZ 86302-2489 | | | Additional notice for <br>Adam F. and Heidi M. Feingold & Women's | | | | Notice Only |
| Account No. <br><br>Robert A. Royal, Esq. <br>Tiffany & Bosco <br>2525 E. Camelback, Third Floor <br>Phoenix, AZ 85016 | | | Additional notice for <br>Adam F. and Heidi M. Feingold & Women's | | | | Notice Only |
| Account No. <br><br>Women's Medical Care, P.C. <br>1005 Division Street <br>Prescott, AZ 86301 | | | Additional notice for <br>Adam F. and Heidi M. Feingold & Women's | | | | Notice Only |

_5_ continuation sheets attached

Subtotal (Total of this page)    0.00

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Women's Medical Care, P.C.<br>c/o Goodman Law Firm PC<br>1575 Plaza West Drive, Suite A<br>Prescott, AZ 86303 | | | Additional notice for<br>Adam F. and Heidi M. Feingold & Women's | | | | Notice Only |
| Account No. xx3000<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | X | C | potential personal liability for business debt | X | X | | 37,873.38 |
| Account No.<br><br>Bank of America<br>P.O. Box 660576<br>Dallas, TX 75266-0576 | X | C | potential personal liability for debt related to the real property (commercial) at 802 Ainsworth Drive, Prescott, AZ 86301 owned by G-P Family Ltd. Partnership | X | X | | Unknown |
| Account No. xxxx-xxxx-xxxx-5115<br><br>Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | | C | credit line | | | | 26,588.88 |
| Account No. 4611<br><br>BMW Card Services<br>P.O. Box 9488<br>Salt Lake City, UT 84109-0488 | X | C | personal liability for business expense | | | | 5,003.64 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     69,465.90

B6F (Official Form 6F) (12/07) - Cont.

In re  Donald Golen,  
      Jeanette Pilotte                                                Case No. 3:14-bk-05372-DPC  
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4349<br><br>BMW Financial Services<br>P.O. Box 3608<br>Dublin, OH 43016-0328 | X | C | 10/2010<br>potential personal liability for debt related to 2011 BMW 335xi | X | X | | 20,000.00 |
| Account No. x4858<br><br>Cerner Healthcare Solutions<br>2800 Rockcreek Parkway<br>Kansas City, MO 64117 | | C | potential personal liability for debt owed by Women's Health & Wellness | X | X | X | 21,914.39 |
| Account No.<br><br>Law Offices of Nathan Neuman<br>700 Lake Drive<br>Ambler, PA 19002-5084 | | | Additional notice for<br>Cerner Healthcare Solutions | | | | Notice Only |
| Account No.<br><br>Land America<br>P.O. Box 2986<br>Phoenix, AZ 85062-2986 | X | C | potential personal liability for business debt related to the real property (commercial) at 802 Ainsworth Drive, Prescott, AZ 86301 owned by G-P Family Ltd. Partnership | X | X | | Unknown |
| Account No.<br><br>Loan Care<br>P.O. Box 8097<br>Virginia Beach, VA 23450 | | | Additional notice for<br>Land America | | | | Notice Only |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)     41,914.39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mervyn and Darlene Pilotte<br>1043 Lupine Lane<br>Prescott, AZ 86305 | | C | loan | | | | 90,000.00 |
| Account No.<br><br>Ocean Landings Condominium Association<br>900 North Atlantic Avenue<br>Cocoa Beach, FL 32931 | | C | potential deficiency balance due for foreclosed property | X | X | | Unknown |
| Account No.<br><br>Ocean Landings Condominium Association<br>c/o Harry Greenfield<br>150 Cocoa Isles Blvd., #101<br>Cocoa Beach, FL 32931 | | | Additional notice for<br>Ocean Landings Condominium Association | | | | Notice Only |
| Account No.<br><br>Richard Gerhardt, President/Director<br>Ocean Landings Condominium Association<br>830 N. Atlantis Ave, Apt. 1407-B<br>Cocoa Beach, FL 32931 | | | Additional notice for<br>Ocean Landings Condominium Association | | | | Notice Only |
| Account No.<br><br>Robert A. Shull, Esq.<br>Dickinson Wright/Mariscal Weeks<br>2901 N. Central Ave., Ste. 200<br>Phoenix, AZ 85012-2705 | | C | attorney's fees | | | | 104,000.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  194,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald Golen,** Case No. **3:14-bk-05372-DPC**
     **Jeanette Pilotte**
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2589<br><br>Seterus<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | X | C | potential personal liability for debt related to the real property (duplex rentals) at 135 Brush Street, Prescott, AZ 86301 owned by G-P Family Ltd. Partnership | X | X | | 252,489.92 |
| Account No. xxxxxx2721<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | X | C | potential personal liability for debt related to the real property (duplex rentals) at 791 Western Avenue, Prescott, AZ 86301 owned by G-P Family Ltd. Partnership | X | X | | 247,528.46 |
| Account No. xxxxxx2739<br><br>Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306 | X | C | potential personal liability for debt related to the real property (duplex rentals) at 795 Western Avenue, Prescott, AZ 86301 owned by G-P Family Ltd. Partnership | X | X | | 256,186.36 |
| Account No.<br><br>Yavapai Regional Medical Center<br>Attn: Business Office<br>P.O. Box 53565<br>Phoenix, AZ 85072 | | C | line of credit | | | | 144,839.00 |
| Account No.<br><br>Yavapai Regional Medical Center<br>1003 Willow Creek Road<br>Prescott, AZ 86301 | | | Additional notice for Yavapai Regional Medical Center | | | | Notice Only |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **901,043.74**

Case 3:14-bk-05372-DPC    Doc 51    Filed 06/11/14    Entered 06/11/14 14:25:29    Desc
Main Document    Page 9 of 10

B6F (Official Form 6F) (12/07) - Cont.

In re   Donald Golen,  
       Jeanette Pilotte  
                   Debtors

Case No. 3:14-bk-05372-DPC

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Yavapai Regional Medical Center<br>7700 E. Florentine Road<br>Prescott Valley, AZ 86314 | | | Additional notice for<br>Yavapai Regional Medical Center | | | | Notice Only |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 5 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 0.00

Total (Report on Summary of Schedules): 1,206,424.03