LAW OFFICE OF DANIEL F. FURLONG
100 E. Union Street
P.O. Box 3550
Prescott, Arizona 86302
danfurlong@cableone.net
(928) 778-6906
AZ Bar # 7109

IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| DONALD GOLEN and JEANETTE PILOTTE, | No. 3:14-bk-05372-DPC |
| Debtors. | NOTICE OF APPEARANCE AND DEMAND FOR NOTICE |

Daniel F. Furlong hereby enters his appearance in this matter as attorney for Country Bank. Demand is made that Daniel F. Furlong be added to the master mailing list and that notice of all proceedings be sent to:

    Daniel F. Furlong
    P.O. Box 3550
    Prescott, AZ 86302

DATED this 25th day of June, 2014

/s/ Daniel F. Furlong
Daniel F. Furlong
Attorney for Country Bank

Copy mailed this 25th day of June, 2014, to:

Thomas H. Allen, Esq.
Michael A. Jones, Esq.
ALLEN, SALA & BAYNE, PLC
1850 N. Central Avenue, #1150
Phoenix, AZ 85004
Attorneys for Debtors

By: /s/ ES