# THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

In re:                                          ) CASE NO.  3-14-bk-05372-DPC
                                                )
DONALD GOLEN AND JEANETTE                       ) **INDIVIDUAL DEBTOR NOT ENGAGED IN**
PILOTTE,                                        ) **BUSINESS MONTHLY REPORT**
                                                )
                                                ) MONTH OF:                          April-14
                                                )
                                                ) DATE PETITION FILED:              4/14/2014
                                Debtors. )
                                                ) TAX PAYER ID NO. :                    9518
                                                  (Debtor's SS#) last 4 digits only
                                                                                        3271
                                                  (Co-Debtor's SS#) last 4 digits only

Nature of Debtor's Business:                    Neurologist
Nature of Co-Debtor's Business:                 Gynecologist

DATE DISCLOSURE STATEMENT FILED: _____  TO BE FILED:        5/19/14
DATE PLAN OF REORGANIZATION FILED: _____  TO BE FILED:        5/19/14

IDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY REPORT AND THE
'ING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

**RESPONSIBLE PARTY:**

_____          _____
ORIGINAL SIGNATURE OF DEBTOR              SIGNATURE OF CO-DEBTOR

_____          _____
PRINTED NAME OF DEBTOR                    PRINTED NAME OF CO-DEBTOR

_____          _____
DATE                                      DATE

**PREPARER:**

_____          _____
ORIGINAL SIGNATURE OF PREPARER            TITLE

_____          _____
PRINTED NAME OF PREPARER                  DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** _____

PHONE NUMBER:                             _____

ADDRESS:                                  _____

| cover sheet | Page 2 | Page 3 | Page 4 | Page 4a | AB | AC | AD | AE | AF | » |

| Case Number: | | | | CASH SUMMARY | |
|---|---|---|---|---|---|

| | | Post-Petition Debtor-in-Possession Accounts | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking #9294 | Savings # | # | |
| Balance at Beginning of Period | | | | | |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Gifts (money) | | | | | |
| | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | $9,137.77 | | | $9,137.77 |
| Interest | | $0.15 | | | $0.15 |
| | | | | | |
| **TOTAL RECEIPTS** | | $9,137.92 | | | $9,137.92 |

| **TOTAL DISBURSEMENTS** | | $759.73 | | | |
|---|---|---|---|---|---|

| **Balance at End of Month** | | $8,378.19 | | | $8,378.19 |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements (from above) | |
| Plus: Payroll deductions (from page 4) | |
| Plus: Estate disbursements made by outside sources (payments from escrow; 2-party check; etc.) | |
| Less: Transfers between debtor-in-possession bank accounts | |
| **Total Disbursements for Calculating Quarterly Fees** | |

**CASE STATUS**

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| 1.  Have any assets been sold or transferred during this reporting period? | | x |
| 2.  Have you made any payments to an attorney or accountant this month? | | x |
| 3.  Have any payments been made on prepetition liabilities during this reporting period? | | x |
| 4.  Have any post-petition loans been received by the debtor(s) from any party? | | x |
| 5.  Have any insurance policies or coverages expired? | | x |
| 6.   Are any post-petition real estate taxes past due? | | x |
| 7.   Have any pre-petition taxes been paid during this reporting period? | | x |
| 8.  Do you expect any significant income changes within the next 90 days? | | x |
| 9.  Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

_____

.

What progress has been made, during the reporting period, towards reorganizing your estate ?
Chapter 11 Plan and Disclosure Statement were filed on May 19, 2014.

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

| | |
|---|---|
| **Month:** | Apr-14 |
| **Account #** | 9294 |

**Bank Name** Wells Fargo Bank

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 4/21/2014 | Cable One | internet | $50.00 |
| 4/22/2014 | Qwest | phone | $215.24 |
| 4/25/2014 | Safeway | food | $102.87 |
| 4/26/2014 | Wholefoods | food | $16.28 |
| 4/25/2014 | Safeway | prescriptions | $70.00 |
| 4/29/2014 | Cash | entertainment and food | $200.00 |
| 4/29/2014 | Wholefoods | food | $77.36 |
| 4/30/2014 | Wholefoods | food | $10.71 |
| 4/30/2014 | Safeway | food | $17.27 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | $759.73 |
| | | Total Checks | $0.00 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements & checks) | $759.73 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| Co-Debtor | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | Total Payroll Deductions - report on page 2 | | | | $0.00 |



WELLS FARGO

DONALD GOLEN
JEANETTE PILOTTE
DEBTOR IN POSSESSION
CH 11 CASE# 14-05372 (AZ)
4665 W PHANTOM HILL RD
PRESCOTT AZ 86305-9056

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 2908
Phoenix, AZ 85062-2908

You are receiving this statement because you have requested to have this account linked to the PMA Package. The information you currently receive will not change but will now be combined with the PMA statement. We hope you will enjoy this new convenience and "greener" approach.

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.

## Activity summary

| | |
|---|---:|
| Beginning balance on 4/18 | $0.00 |
| Deposits/Additions | 9,137.77 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 4/18** | **$9,137.77** |

Account number: **9294**

**DONALD GOLEN**
**JEANETTE PILOTTE**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 14-05372 (AZ)**
*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $9,137.77 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.00 |



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/18 | | Checking Opening Deposit | 9,137.77 | | 9,137.77 |
| **Ending balance on 4/18** | | | | | **9,137.77** |
| **Totals** | | | **$9,137.77** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.     $ _____

**B** List outstanding deposits and other **credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total | $ |



+ $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

 1. Tell us your name and account number (if any).
 2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
 3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

 1. Your name and account number
 2. The dollar amount of the suspected error
 3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.



**WELLS FARGO**

# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team** <sup>SM</sup>
Available 24 hours a day, 7 days a week
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 2908
Phoenix, AZ 85062-2908

PP

DONALD GOLEN
JEANETTE PILOTTE
DEBTOR IN POSSESSION
CH 11 CASE# 14-05372 (AZ)
4665 W PHANTOM HILL RD
PRESCOTT AZ 86305-9056

## April 30, 2014

| | |
|---|---|
| **Total assets:** | **$348,495.57** |
| **Total liabilities:** | **$499,715.32** |
| Qualifying Balance : | **$398,467.09** |
| Deposit Balance : | **$8,378.19** |

| **Contents** | *Page* |
|---|---|
| Overview | 2 |
| PMA® Premier Checking Account | 4 |
| Brokerage Accounts (2) | 6 |
| Retirement Brokerage Account | 10 |
| Home Mortgage (2) | 12 |



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance this month ($) |
|---|---|---|
| PMA® Premier Checking Account ; | 2% | 8,378.19 |
| Standard Brokerage ✳ ( ) | 59% | 207,328.35 |
| Standard Brokerage ✳ | 21% | 71,734.54 |
| SEP IRA🅱 ✳ ( | 18% | 61,054.49 |
| **Total assets** | | **$348,495.57** |

✳    **Investment and Insurance Products:**
▶ **Are NOT** insured by the FDIC or any other federal government agency
▶ **Are NOT** deposits of or guaranteed by the Bank or any Bank affiliate
▶ **MAY** Lose Value

**Total asset allocation (by account type)**



Checking/ Prepaid: 2%

Investment: 98%

**Total asset allocation (by Retirement and Non-Retirement)**



Retirement: 18%

Non-Retirement: 82%

🅱 Retirement Account - An account that Wells Fargo classifies as a retirement account.

## Liabilities

| Account (Account Number) | Percent of total | Outstanding balance this month ($) |
|---|---|---|
| Home Mortgage | 50% | 247,528.46 |
| Home Mortgage | 50% | 252,186.86 |
| **Total liabilities** | | **$499,715.32** |

**Total liability allocation (by account type)**



Home Mortgage: 100%

## Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA® Premier Checking Account | | 0.15 |
| SEP IRA | 0.00 | 847.21 |
| **Total Interest, dividends and other income** | **$0.00** | **$847.36** |

Case 3:14-bk-05372-DPC    Doc 53    Filed 07/01/14    Entered 07/01/14 09:39:02    Desc
Main Document     Page 9 of 12



**WELLS FARGO**

➠ **OVERVIEW OF YOUR PMA ACCOUNT** (CONTINUED)

## Interest expense

| Account | This month | This year |
|---|---|---|
| Home Mortgage | 0.00 | 6,188.20 |
| Home Mortgage | 0.00 | 6,304.68 |
| **Total Interest expense** | **$0.00** | **$12,492.88** |

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit, trust and foreign exchange accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.



**WELLS FARGO**

Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

# PMA® Premier Checking Account

## Activity summary

| | |
|---|---|
| Balance on 4/19 | 9,137.77 |
| Deposits/Additions | 0.15 |
| Withdrawals/Subtractions | - 759.73 |
| **Balance on 4/30** | **$8,378.19** |

Account number:     9294

**DONALD GOLEN**
**JEANETTE PILOTTE**
**DEBTOR IN POSSESSION**
**CH 11 CASE# 14-05372 (AZ)**

*Wells Fargo Bank, N.A. (Member FDIC)*
*ARIZONA account terms and conditions apply*

Questions about your account:    **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 4/30 | $0.15 |
| Interest earned this month | $0.14 |
| Average collected balance this month | $8,795.61 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.15 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 4/19 | | | | 9,137.77 |
| 4/21 | Cable One, Inc. Cable One 140420 Cabreg018498921 Pilottejeanette | | | 50.00 | 9,087.77 |
| 4/22 | Bill Pay Qwest Residentia On-Line Xxxxxxxx51825 On 04-22 | | | 215.24 | 8,872.53 |
| 4/25 | POS Purchase - 04/25 Mach ID 000000 Safeway Store 0245 Prescott AZ 5066 0046411573089175 ?McC=5411 | | | 70.00 | |
| 4/25 | POS Purchase - 04/25 Mach ID 000000 Safeway Store 0245 Prescott AZ 5066 0058411574102974 2 ?McC=5411 | | | 102.87 | 8,699.66 |
| 4/28 | POS Purchase - 04/26 Mach ID 000000 Wholefds Pre 1 1112 W Prescott AZ 5157 0058411683876493 7 ?McC=5411 | | | 16.28 | 8,683.38 |
| 4/29 | ATM Withdrawal - 04/29 Mach ID 4650Z Miller Valley Prescott AZ 5157 0001162 | | | 200.00 | |
| 4/29 | POS Purchase - 04/29 Mach ID 000000 Wholefds Pre 1 1112 W Prescott AZ 5066 0058411982657555 1 ?McC=5411 | | | 77.36 | 8,406.02 |
| 4/30 | POS Purchase - 04/30 Mach ID 000000 Wholefds Pre 1 1112 W Prescott AZ 5066 0058412074168564 6 ?McC=5411 | | | 10.71 | |
| 4/30 | POS Purchase - 04/30 Mach ID 000000 Safeway Store 0245 Prescott AZ 5066 0038412074966643 9 ?McC=5411 | | | 17.27 | |
| 4/30 | Interest Payment | | 0.15 | | 8,378.19 |
| | Ending balance on 4/30 | | | | 8,378.19 |
| **Totals** | | | **$0.15** | **$759.73** | |

As a reminder, PMA Package monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your PMA Package relationship. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on the 3rd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs) FDIC-insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through Wells Fargo Advisors, LLC) and credit balances (including 10% of mortgage balances, certain mortgages not eligible).



⫸ **PMA® PREMIER CHECKING ACCOUNT** (CONTINUED)

> REMINDER: Unless you have at least $10,000 in qualifying relationship balances in accounts linked to your PMA Package on the last day of the third monthly statement cycle after your PMA Package was opened, your PMA Package will be terminated, all your accounts will be delinked from your PMA relationship and your PMA Premier Checking account will be converted to a non-interest earning checking account as described in the addendum to the Consumer Account Fee & Information Schedule provided to you when you opened your PMA Package.