**TIFFANY & BOSCO**
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald, Jr.
State Bar No. 014228
David W. Cowles
State Bar No. 021034

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | No. 3:14-bk-05372-DPC |
| Donald Golen and Jeanette Pilotte | Chapter 11 |
| Debtors. | NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that Tiffany & Bosco, P.A., attorneys for Wells Fargo Bank, N.A. has changed its address, effective immediately, as follows:

TIFFANY & BOSCO, P.A.
Seventh Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, Arizona 85016

DATED: August 25, 2014

TIFFANY & BOSCO, P.A.
BY /s/ Leonard J. McDonald
Leonard J. McDonald, Esq.
David W. Cowles, Esq
Mark S. Bosco, Esq.
Attorney for Movant
TB File No: 14-02211

COPY of the foregoing mailed
August 25, 2014 to:

Donald Golen and Jeanette Pilotte
4665 W. Phantom Hill Road
Prescott, AZ 86305
Debtors

Thomas Allen
1850 North Central Avenue
#1150
Phoenix, AZ 85004
Attorney for Debtors

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee


By: Cassandra Potter