# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DONALD GOLEN and JEANETTE PILOTTE, | Case No. 3:14-bk-05372-DPC |
| Debtors. | **ORDER APPROVING FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE DEBTORS** |

Upon consideration of the *First Interim Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Debtors* filed by Allen Maguire & Barnes, PLC ("AMB") as counsel for the Debtors, no objections thereto having been filed, and other good cause appearing,

**IT IS HEREBY ORDERED** approving the Application on behalf of AMB and allowing compensation in this case in the amount of $24,385.50 and cost reimbursement of $302.91 for a total of **$24,688.41**.

**IT IS FURTHER ORDERED** authorizing the Debtors to immediately pay the aforesaid fees and costs as an allowed administrative expense.

**DATED AND SIGNED ABOVE**